# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| OLGA ZAMORA, *Guardian ad litem for Maria Zamora,* JOSE ZAMORA, *Guardian ad litem for Omar Zamora and Edgar Zamora,*<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, ANTHONY BATTS, CITY OF SAN FRANCISCO and GEORGE GASCON,<br><br>Defendants. | Case No. 3:12-cv-02734 NC<br><br>**ORDER TO SHOW CAUSE** |

Defendants City of Oakland, City of San Francisco and George Gascon are ordered to show cause by June 15, 2012, why this case should not be remanded to state court due to untimely removal under 28 U.S.C. section 1446(b). If plaintiffs wish to file a response, they must do so by June 22, 2012.

IT IS SO ORDERED.

DATED:   June 1, 2012

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 3:12-cv-02734 NC
ORDER TO SHOW CAUSE